# UNITED STATES DISTRICT COURT
## District of Minnesota

Napoleon Herson Quezada Erazo,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-948 (ECT/DLM)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Napoleon's Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **GRANTED** as follows:

1. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).
2. Respondents shall release Petitioner from custody as follows:
   a. If Petitioner remains detained in Minnesota, Respondents shall release Petitioner from custody as soon as practicable, but not later than 48 hours after entry of this Order.
   b. If Petitioner has been moved outside of Minnesota, as soon as practicable, but not later than 72 hours after entry of this Order, Respondents shall return Petitioner to Minnesota and then release Petitioner from custody.

Date: 2/5/2026

KATE M. FOGARTY, CLERK